UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Board of Directors Local 212,
    Plaintiff,

    v.                                  Case No. 1:03cv387
                                        (Weber, Sr., J.; Hogan, M.J.)

Smith & Associates, et al.,
    Defendants.

**NOTICE**

    Please take notice that the above-captioned case has been set for a status conference regarding damages hearing held before this Court on August 1, 2003 before the Honorable Timothy S. Hogan on:

        Wednesday, July 28, 2004, at 10:30 am
        Room 708 Potter Stewart U.S. Courthouse

        Timothy S. Hogan
        United States Magistrate Judge


        s/Barbara A. Crum
        Courtroom Deputy

cc:    All Counsel
bac    July 6, 2004