UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Board of Directors Local 212,
    Plaintiff(s),

v.                              Case No. 1:01cv0387
                                  (Weber, J.; Hogan, M.J)

Smith & Associates, et al.,
    Defendant(s).

## NOTICE

Please take notice that the above-captioned case has set for a Status Conference before the Honorable Timothy S. Hogan on:

**Tuesday, April 19, 2005, at 1:30 pm**

**Parties are instructed to contact the Court five (5) minutes before the start time of the conference at (513) 564-7650.**

                                  Timothy S. Hogan
                                  United States Magistrate Judge


                                  _s/Arthur W. Hill_____
                                  Courtroom Deputy

cc:    All Counsel
        Pro-Se Defendant
awh    April 4, 2005