1: 01cv387  doc.# 21

| U.S. Postal Service |
| --- |
| **CERTIFIED MAIL RECEIPT** |
| *(Domestic Mail Only; No Insurance Coverage Provided)* |

OFFICIAL USE

| | |
| --- | --- |
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Kenneth Smith
Smith + Associates
Street, Apt. No.; or PO Box No.: 5680 Fredericksburg Court
City, State, ZIP+4: Cinti, OH  45277

PS Form 3800, April 2002      See Reverse for Instructions