# FILED
MAY 2 2005
JAMES BONINI, Clerk
CINCINNATI, OHIO

**CERTIFIED MAIL**

OFFICE OF THE CLERK
STATES DISTRICT COURT
THERN DISTRICT OF OHIO
AST FIFTH STREET, ROOM #324
NCINNATI, OHIO 45202
OFFICIAL BUSINESS

7002 0860 0000 1410 1589

Smith + Associates
Kenneth C Smith



NIXIE    450    1    25 04/29/05
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 45202397599    *1815-10452-04-41

45  45202%9976

1:01cv387 doc. #21