UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2005 APR 19 PM 2: 46

Board of Directors of the
International Brotherhood of
Electrical Workers Local No 212,
    Plaintiff(s),

v.

Case No. 1:01cv0387
(Weber, J.; Hogan M.J)

Smith & Associates Inc., et al.,
    Defendant(s).

## CIVIL MINUTES
### STATUS CONFERENCE

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Linda Smith
**COURT REPORTER:** none present
**DATE:** April 19, 2005      **TIME:** 1:30 pm – 1:50 pm

**Attorney for Plaintiff(s):** _Sarah Ellington_

**Attorney for Defendant(s):** _no appearance_

### PROCEDURES

_X_ Counsel Present. (via telephone)

____ Order to issue.

Remarks: Court will follow up with plaintiffs counsel about status of case in 45 days.