UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IBEW Local No. 212,
    Plaintiff(s),

v.                               Case Nos. 1:01cv0387
                                   (J. Weber ; Hogan, M.J)

Smith & Associates Inc., et al.,
    Defendant(s).

## NOTICE

Please take notice that the above-captioned case has been set for a Status Conference before the Honorable Timothy S. Hogan on:

**Thursday, January 5, 2006 at 2:30 pm**

**via telephone. Parties are instructed to contact the Court (5) minutes before the start time of the conference. (513) 564-7650.**

                                        Timothy S. Hogan
                                        United States Magistrate Judge


                                        s/Arthur W. Hill
                                        Courtroom Deputy

cc:    All Counsel
        awh        December 5, 2005