UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2006 JAN -5 PM 3:58

IBEW Local 212,
    Plaintiff(s),

v.

Case No. 1:01cv0387
(J. Weber ; Hogan M.J)

Smith & Associates Inc., et al.,
    Defendant(s).

## CIVIL MINUTES
### STATUS CONFERENCE

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** none present
**COURT REPORTER:** none present
**DATE:** January 5, 2006      **TIME:** 2:30 pm — 2:45 pm

Attorney for Plaintiff(s): Harold Korbee, Esq.

Attorney for Defendant(s): No appearance

### PROCEDURES

☑ Counsel Present.

___ Order to issue.

Remarks: Plaintiff to submit Entry of Dismissal for Court's approval within two weeks