UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BOARD OF DIRECTORS, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 212 BENEFIT OFFICE, et al.<br><br>Plaintiffs<br><br>-vs-<br><br>SMITH & ASSOCIATES, INC., et al.<br><br>Defendants | : CASE NO. C-1-01-387<br><br>:<br><br>: (Judge Weber)<br><br>:<br><br>: **NOTICE OF DISMISSAL OF DEFENDANT SMITH & ASSOCIATES, INC., et al.**<br><br>: |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss Defendants Smith & Associates, Inc., and Kenneth C. Smith d/b/a Smith & Associates, as party defendants, without prejudice.


OF COUNSEL:

WOOD & LAMPING LLP

/s/Harold G. Korbee
Harold G. Korbee (0012268)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, Ohio 45202
(513) 852-6082

Trial Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Dismissal of Defendants was sent via the Court's ecf filing system on this 10th day of January, 2006.

/s/Harold G. Korbee
Harold G. Korbee (0012268)

261621.1