UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BOARD OF DIRECTORS, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 212 BENEFIT OFFICE, et al. | : CASE NO. C-1-01-387 <br> : <br> : (Judge Weber) |
| Plaintiffs | : |
| -vs- | : **NOTICE OF DISMISSAL OF DEFENDANT SMITH & ASSOCIATES,** <br> : **INC., et al.** |
| SMITH & ASSOCIATES, INC., et al. | : |
| Defendants | : |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss Defendants Smith & Associates, Inc., and Kenneth C. Smith d/b/a Smith & Associates, as party defendants, without prejudice.

OF COUNSEL:

WOOD & LAMPING LLP

approved
/HJWeber/
USDJ
1/12/06

/s/Harold G. Korbee
Harold G. Korbee (0012268)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, Ohio 45202
(513) 852-6082

Trial Attorney for Plaintiffs